## C01-1161P BRYN MAWR AUTO BODY, INC — PAYROLL JOURNAL REPORT

SUMMARY #: 11611252

| EMPLOYEE NAME EMPL # / M/S EXEM. DEPT # | | RATE | HOURS REG | HOURS O/T | HOURS OTHER | CD | EARNINGS REG | EARNINGS O/T | EARNINGS OTHER | CD | GROSS PAY | TAXES WITHHELD AMOUNT | CODE | DEDUCTIONS AMOUNT | CD | NET PAY / DIRECT DEPOSIT | NET PAY / CHECK # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SAMUEL, KAREEM O | 57 | S-01 000310 (W-2) | | | | | 1549.64 | | | | 1549.64 | 202.96 FED<br>21.22 MEDC<br>90.73 SOCSEC<br>44.93 PA<br>14.63 PAEUC<br>0.93 PAEUC<br>1.00 LS460701 | | 86.21 M<br>25.00 P<br>12.50 P1*<br>37.97 P2 | | 1024.06 | 0.00<br>14674 |

FREQ: W  PERIOD: 1  BEGIN: 09/25/19  END: 10/01/19  CHECK DATE: 10/04/19

Codes:
- 19 BONUS   26 PERSONAL   50 REIM   A PRE-AFLAC   EC EECK   L LOAN   O@ EMS
- 30 DOUBLE   27 COMMISSION   91 SMEDE   AD ADVANCE   EM EMPLMATCH   LC LOANCK   P 401K EE
- 3 VACATION   28 OTHER   96 AUTO USAGE   C CARPARTS   ES ELEC SUP   LV LEVY   P1 401K ER
- 24 HOLIDAY   29 RETRO   D DOM. REL.   F POST AFLAC   M MED125   P2 401K LOAN
- 25 SICK   30 NONTAX   DC DED CHECK   G GARNISME   MI MISC   U UNIFORM

PAGE 2
10/02/19 02:07 p

---

## C01-1161P BRYN MAWR AUTO BODY, INC — PAYROLL JOURNAL REPORT

SUMMARY #: 11611253

| EMPLOYEE NAME EMPL # / M/S EXEM. DEPT # | | RATE | HOURS REG | HOURS O/T | HOURS OTHER | CD | EARNINGS REG | EARNINGS O/T | EARNINGS OTHER | CD | GROSS PAY | TAXES WITHHELD AMOUNT | CODE | DEDUCTIONS AMOUNT | CD | NET PAY / DIRECT DEPOSIT | NET PAY / CHECK # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SAMUEL, KAREEM O | 57 | S-01 000310 (W-2) | | | | | 1532.95 | | | | 1532.95 | 199.29 FED<br>20.98 MEDC<br>89.70 SOCSEC<br>44.42 PA<br>14.47 460701<br>0.92 PAEUC<br>1.00 LS460701 | | 86.21 M<br>25.00 P<br>12.50 P1*<br>37.97 P2 | | 1012.99 | 0.00<br>14693 |

FREQ: W  PERIOD: 2  BEGIN: 10/02/19  END: 10/08/19  CHECK DATE: 10/11/19

Codes:
- 19 BONUS   26 PERSONAL   50 REIM   A PRE-AFLAC   EC EECK   L LOAN   O@ EMS
- 30 DOUBLE   27 COMMISSION   91 SMEDE   AD ADVANCE   EM EMPLMATCH   LC LOANCK   P 401K EE
- 3 VACATION   28 OTHER   96 AUTO USAGE   C CARPARTS   ES ELEC SUP   LV LEVY   P1 401K ER
- 24 HOLIDAY   29 RETRO   D DOM. REL.   F POST AFLAC   M MED125   P2 401K LOAN
- 25 SICK   30 NONTAX   DC DED CHECK   G GARNISME   MI MISC   U UNIFORM

PAGE 2
10/09/19 02:39 p

# C01-1161P BRYN MAWR AUTO BODY, INC — PAYROLL JOURNAL REPORT

| EMPLOYEE NAME<br>EMPL # M/S EXEM. DEPT# | | RATE | HOURS<br>REG | HOURS<br>O/T | HOURS<br>OTHER | CD | EARNINGS<br>REG | EARNINGS<br>O/T | EARNINGS<br>OTHER | CD | GROSS PAY | TAXES WITHHELD<br>AMOUNT | CODE | DEDUCTIONS<br>AMOUNT | CD | NET PAY / DIRECT DEPOSIT | NET PAY / CHECK # / # OF EEs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SAMUEL, KAREEM O<br>57 S-01 000310 | [SHOP-PAINT]<br>(W-2) | | | | | | 2103.07 | | | | 2103.07 | 329.09 FED<br>29.24 MEDC<br>125.05 SOCSEC<br>61.92 PA<br>20.17 460701<br>1.26 PAEUC<br>1.00 LS460701 | | 86.21 M<br>25.00 P<br>12.50 P1*<br>37.97 P2 | | 1386.16 | 0.00<br>14633 |

| | A PRE-AFLAC | EC EECK | L LOAN | 0@ EMS |
|---|---|---|---|---|
| 19 BONUS | 26 PERSONAL | 50 REIM | AD ADVANCE | EM EMPLMATCH | LC LOANCK | P 401K EE |
| 20 DOUBLE | 27 COMMISSION | 91 SMEDE | C CARPARTS | ES ELEC SUP | LV LEVY | P1 401K ER |
| 23 VACATION | 28 OTHER | 96 AUTO USAGE | D DOM. REL. | F POST AFLAC | M MED125 | P2 401K LOAN |
| 24 HOLIDAY | 29 RETRO | | DC DED CHECK | G GARNISHE | MI MISC | U UNIFORM |
| 25 SICK | 30 NONTAX | | | | | |

SUMMARY#: 11611250    FREQ W    PERIOD 3    BEGIN 09/11/19    END 09/17/19    CHECK DATE 09/20/19    PAGE 2    09/18/19 02:23 p

# C01-1161P BRYN MAWR AUTO BODY, INC — PAYROLL JOURNAL REPORT

| EMPLOYEE NAME<br>EMPL # M/S EXEM. DEPT# | | RATE | HOURS<br>REG | HOURS<br>O/T | HOURS<br>OTHER | CD | EARNINGS<br>REG | EARNINGS<br>O/T | EARNINGS<br>OTHER | CD | GROSS PAY | TAXES WITHHELD<br>AMOUNT | CODE | DEDUCTIONS<br>AMOUNT | CD | NET PAY / DIRECT DEPOSIT | NET PAY / CHECK # / # OF EEs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SAMUEL, KAREEM O<br>57 S-01 000310 | [SHOP-PAINT]<br>(W-2) | | | | | | 1354.07 | | | | 1354.07 | 159.94 FED<br>18.38 MEDC<br>78.61 SOCSEC<br>38.92 PA<br>12.68 460701<br>0.81 PAEUC<br>1.00 LS460701 | | 86.21 M<br>25.00 P<br>12.50 P1*<br>37.97 P2 | | 894.55 | 0.00<br>14654 |

| | A PRE-AFLAC | EC EECK | L LOAN | 0@ EMS |
|---|---|---|---|---|
| 19 BONUS | 26 PERSONAL | 50 REIM | AD ADVANCE | EM EMPLMATCH | LC LOANCK | P 401K EE |
| 20 DOUBLE | 27 COMMISSION | 91 SMEDE | C CARPARTS | ES ELEC SUP | LV LEVY | P1 401K ER |
| 23 VACATION | 28 OTHER | 96 AUTO USAGE | D DOM. REL. | F POST AFLAC | M MED125 | P2 401K LOAN |
| 24 HOLIDAY | 29 RETRO | | DC DED CHECK | G GARNISHE | MI MISC | U UNIFORM |
| 25 SICK | 30 NONTAX | | | | | |

SUMMARY#: 11611251    FREQ W    PERIOD 4    BEGIN 09/18/19    END 09/24/19    CHECK DATE 09/27/19    PAGE 2    09/25/19 03:09 p

# PAYROLL JOURNAL REPORT

**C01-1161P BRYN MAWR AUTO BODY, INC**

SUMMARY#: 11611248

| EMPLOYEE NAME EMPL # M/S EXEM. DEPT# | RATE | HOURS REG | HOURS O/T | HOURS OTHER | CD | EARNINGS REG | EARNINGS O/T | EARNINGS OTHER | CD | GROSS PAY | TAXES WITHHELD AMOUNT | CODE | DEDUCTIONS AMOUNT | CD | NET PAY / DIRECT DEPOSIT | NET PAY / CHECK # # OF EEs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SAMUEL, KAREEM O 57  S-01 000310  (W-2) [SHOP-PAINT] | | | | | | 1490.41 | | | | 1490.41 | 189.93 20.36 87.06 43.11 14.04 0.89 1.00 | FED MEDC SOCSEC PA 460701 PAEUC LS460701 | 86.21 25.00 12.50 37.97 | M P P1* P2 | 984.84 | 0.00 14594 |

FREQ PERIOD: W  1
BEGIN: 08/28/19  END: 09/03/19  CHECK DATE: 09/06/19

```
19 BONUS        26 PERSONAL     50 REIM         A  PRE-AFLAC      EC  EECK           L   LOAN           0@ EMS
20 DOUBLE       27 COMMISSION   91 SMEDE        AD ADVANCE        EM  EMPLMATCH      LC  LOANCK         P  401K EE
23 VACATION     28 OTHER        96 AUTO USAGE   C  CARPARTS       ES  ELEC SUP       LV  LEVY           P1 401K ER
24 HOLIDAY      29 RETRO                        D  DOM. REL.      F   POST AFLAC     M   MED125         P2 401K LOAN
25 SICK         30 NONTAX                       DC DED CHECK      G   GARNISME       MI  MISC           U  UNIFORM
```

PAGE 2

---

# PAYROLL JOURNAL REPORT

**C01-1161P BRYN MAWR AUTO BODY, INC**

SUMMARY#: 11611249

| EMPLOYEE NAME EMPL # M/S EXEM. DEPT# | RATE | HOURS REG | HOURS O/T | HOURS OTHER | CD | EARNINGS REG | EARNINGS O/T | EARNINGS OTHER | CD | GROSS PAY | TAXES WITHHELD AMOUNT | CODE | DEDUCTIONS AMOUNT | CD | NET PAY / DIRECT DEPOSIT | NET PAY / CHECK # # OF EEs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SAMUEL, KAREEM O 57  S-01 000310  (W-2) [SHOP-PAINT] | | | | | | 1423.57 | | | | 1423.57 | 175.23 19.39 82.92 41.06 13.37 0.85 1.00 | FED MEDC SOCSEC PA 460701 PAEUC LS460701 | 86.21 25.00 12.50 37.97 | M P P1* P2 | 940.57 | 0.00 14613 |

FREQ PERIOD: W  2
BEGIN: 09/04/19  END: 09/10/19  CHECK DATE: 09/13/19

```
19 BONUS        26 PERSONAL     50 REIM         A  PRE-AFLAC      EC  EECK           L   LOAN           0@ EMS
20 DOUBLE       27 COMMISSION   91 SMEDE        AD ADVANCE        EM  EMPLMATCH      LC  LOANCK         P  401K EE
23 VACATION     28 OTHER        96 AUTO USAGE   C  CARPARTS       ES  ELEC SUP       LV  LEVY           P1 401K ER
24 HOLIDAY      29 RETRO                        D  DOM. REL.      F   POST AFLAC     M   MED125         P2 401K LOAN
25 SICK         30 NONTAX                       DC DED CHECK      G   GARNISME       MI  MISC           U  UNIFORM
```

PAGE 2

09/11/19 02:06 P

C01-1161P BRYN MAWR AUTO BODY, INC — PAYROLL JOURNAL REPORT

SUMMARY#: 11611246    08/21/19 03:43 P    PAGE 2

| EMPLOYEE NAME EMPL # M/S EXEM. DEPT# | RATE | HOURS REG / O/T / OTHER / CD | EARNINGS REG / O/T / OTHER / CD | GROSS PAY | TAXES WITHHELD AMOUNT / CODE | DEDUCTIONS AMOUNT / CD | NET PAY / DIRECT DEPOSIT | NET PAY / CHECK # / # OF EEs |
|---|---|---|---|---|---|---|---|---|
| SAMUEL, KAREEM O 57  S-01 000310 (W-2) [SHOP-PAINT] | | | 1786.53 | 1786.53 | 255.08 FED / 24.65 MEDC / 105.42 SOCSEC / 52.20 PA / 17.00 460701 / 1.07 PAEUC / 1.00 LS460701 | 86.21 M / 25.00 P / 12.50 P1* / 37.97 P2 | 1180.93 | 0.00 / 14554 |

19 BONUS    26 PERSONAL    50 REIM    A PRE-AFLAC    EC EECK    L LOAN    O@ EMS
20 DOUBLE   27 COMMISSION  91 SMEDE   AD ADVANCE    EM EMPLMATCH  LC LOANCK  P 401K EE
23 VACATION 28 OTHER       96 AUTO USAGE  C CARPARTS  ES ELEC SUP  LV LEVY    P1 401K ER
24 HOLIDAY  29 RETRO                  D DOM. REL.   F POST AFLAC  M MED125   P2 401K LOAN
25 SICK     30 NONTAX                 DC DED CHECK  G GARNISHE   MI MISC    U UNIFORM

---

C01-1161P BRYN MAWR AUTO BODY, INC — PAYROLL JOURNAL REPORT

SUMMARY#: 11611247    08/28/19 04:44 P    PAGE 2

| EMPLOYEE NAME EMPL # M/S EXEM. DEPT# | RATE | HOURS REG / O/T / OTHER / CD | EARNINGS REG / O/T / OTHER / CD | GROSS PAY | TAXES WITHHELD AMOUNT / CODE | DEDUCTIONS AMOUNT / CD | NET PAY / DIRECT DEPOSIT | NET PAY / CHECK # / # OF EEs |
|---|---|---|---|---|---|---|---|---|
| SAMUEL, KAREEM O 57  S-01 000310 (W-2) [SHOP-PAINT] | | | 1637.97 | 1637.97 | 222.40 FED / 22.50 MEDC / 96.21 SOCSEC / 47.64 PA / 15.52 460701 / 0.98 PAEUC / 1.00 LS460701 | 86.21 M / 25.00 P / 12.50 P1* / 37.97 P2 | 1082.54 | 0.00 / 14574 |

FREQ W  PERIOD 5  BEGIN 08/21/19  END 08/27/19  CHECK DATE 08/30/19

19 BONUS    26 PERSONAL    50 REIM    A PRE-AFLAC    EC EECK    L LOAN    O@ EMS
20 DOUBLE   27 COMMISSION  91 SMEDE   AD ADVANCE    EM EMPLMATCH  LC LOANCK  P 401K EE
23 VACATION 28 OTHER       96 AUTO USAGE  C CARPARTS  ES ELEC SUP  LV LEVY    P1 401K ER
24 HOLIDAY  29 RETRO                  D DOM. REL.   F POST AFLAC  M MED125   P2 401K LOAN
25 SICK     30 NONTAX                 DC DED CHECK  G GARNISHE   MI MISC    U UNIFORM

**C01-1161P BRYN MAWR AUTO BODY, INC**

SUMMARY#: 11611244

PAYROLL JOURNAL REPORT

08/07/19 02:41 P

PAGE 2

| EMPLOYEE NAME [SHOP-PAINT] | EMPL # | M /S | EXEM. | DEPT# | RATE | HOURS REG | O/T | OTHER | CD | EARNINGS REG | O/T | OTHER | CD | GROSS PAY | TAXES WITHHELD AMOUNT | CODE | DEDUCTIONS AMOUNT | CD | NET PAY / DIRECT DEPOSIT | NET PAY / CHECK # # OF EEs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SAMUEL, KAREEM O | 57 | S | -01 | 000310 | | | | | | 1864.04 | | | | 1864.04 | 272.13 25.78 110.23 54.58 17.78 1.12 1.00 | FED MEDC SOCSEC PA PAEUC 460701 LS460701 | 86.21 25.00 12.50 37.97 | M P P* P2 | 1232.24 | 0.00 14515 |

FREQ W PERIOD 2 BEGIN 07/31/19 END 08/06/19 CHECK DATE 08/09/19

(W-2)

| 19 BONUS | 26 PERSONAL | 50 REIM | A PRE-AFLAC | EC EECK | L LOAN | O@ EMS |
| 20 DOUBLE | 27 COMMISSION | 91 SMEDE | AD ADVANCE | EM EMPLMATCH | LC LOANCK | P 401K EE |
| 23 VACATION | 28 OTHER | 96 AUTO USAGE | C CARPARTS | ES ELEC SUP | LV LEVY | P1 401K ER |
| 24 HOLIDAY | 29 RETRO | | D DOM. REL. | F POST AFLAC | M MED125 | P2 401K LOAN |
| 25 SICK | 30 NONTAX | | DC DED CHECK | G GARNISHE | MI MISC | U UNIFORM |

---

**C01-1161P BRYN MAWR AUTO BODY, INC**

SUMMARY#: 11611245

PAYROLL JOURNAL REPORT

08/14/19 03:15 P

PAGE 2

| EMPLOYEE NAME [SHOP-PAINT] | EMPL # | M /S | EXEM. | DEPT# | RATE | HOURS REG | O/T | OTHER | CD | EARNINGS REG | O/T | OTHER | CD | GROSS PAY | TAXES WITHHELD AMOUNT | CODE | DEDUCTIONS AMOUNT | CD | NET PAY / DIRECT DEPOSIT | NET PAY / CHECK # # OF EEs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SAMUEL, KAREEM O | 57 | S | -01 | 000310 | | | | | | 1884.32 | | | | 1884.32 | 276.59 26.07 111.48 55.20 17.98 1.13 1.00 | FED MEDC SOCSEC PA PAEUC 460701 LS460701 | 86.21 25.00 12.50 37.97 | M P P1* P2 | 1245.69 | 0.00 14535 |

FREQ W PERIOD 3 BEGIN 08/07/19 END 08/13/19 CHECK DATE 08/16/19

(W-2)

| 19 BONUS | 26 PERSONAL | 50 REIM | A PRE-AFLAC | EC EECK | L LOAN | O@ EMS |
| 20 DOUBLE | 27 COMMISSION | 91 SMEDE | AD ADVANCE | EM EMPLMATCH | LC LOANCK | P 401K EE |
| 23 VACATION | 28 OTHER | 96 AUTO USAGE | C CARPARTS | ES ELEC SUP | LV LEVY | P1 401K ER |
| 24 HOLIDAY | 29 RETRO | | D DOM. REL. | F POST AFLAC | M MED125 | P2 401K LOAN |
| 25 SICK | 30 NONTAX | | DC DED CHECK | G GARNISHE | MI MISC | U UNIFORM |

PrimePay PrimePay PrimePay PrimePay PrimePay PrimePay PrimePay PrimePay PrimePay PrimePay PrimePay PrimePay PrimePay PrimePay PrimePay PrimePay PrimePay PrimePay PrimePay PrimePay PrimePay PrimePay

# C01-1161P BRYN MAWR AUTO BODY, INC — PAYROLL JOURNAL REPORT

SUMMARY#: 11611241 — 07/24/19 02:55 P — PAGE 2

| EMPLOYEE NAME<br>EMPL # M/S EXEM. DEPT# | RATE | HOURS<br>REG | HOURS<br>O/T | HOURS<br>OTHER | CD | EARNINGS<br>REG | EARNINGS<br>O/T | EARNINGS<br>OTHER | CD | GROSS PAY | TAXES WITHHELD<br>AMOUNT | CODE | DEDUCTIONS<br>AMOUNT | CD | NET PAY /<br>DIRECT DEPOSIT | NET PAY /<br>CHECK # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [SHOP-PAINT]<br>SAMUEL, KAREEM O<br>57  S-01 000310 (W-2) | | | | | | 1470.28 | | | | 1470.28 | 185.51 FED<br>20.07 MEDC<br>85.81 SOCSEC<br>42.49 PA<br>13.84 460701<br>0.88 PAEUC<br>1.00 LS460701 | | 86.21 M<br>25.00 P<br>12.50 P1*<br>37.97 P2 | | 971.50 | 0.00<br>14475 |

FREQ 4 | PERIOD BEGIN 07/17/19 | END 07/23/19 | CHECK DATE 07/26/19

CODES:
- A PRE-AFLAC    EC EECK       L LOAN        O@ EMS
- AD ADVANCE     EM EMPLMATCH  LC LOANCK     P  401K EE
- C  CARPARTS    ES ELEC SUP   LV LEVY       P1 401K ER
- D  DOM. REL.   F  POST AFLAC M  MED125     P2 401K LOAN
- DC DED CHECK   G  GARNISME   MI MISC.      U  UNIFORM

Earnings codes:
- 20 DOUBLE    26 PERSONAL    50 REIM
- 23 VACATION  27 COMMISSION  91 SMEDE
- 24 HOLIDAY   28 OTHER       96 AUTO USAGE
- 25 SICK      29 RETRO
-              30 NONTAX
-              ?  BONUS

---

# C01-1161P BRYN MAWR AUTO BODY, INC — PAYROLL JOURNAL REPORT

SUMMARY#: 11611242 — 07/31/19 03:16 P — PAGE 2

| EMPLOYEE NAME<br>EMPL # M/S EXEM. DEPT# | RATE | HOURS<br>REG | HOURS<br>O/T | HOURS<br>OTHER | CD | EARNINGS<br>REG | EARNINGS<br>O/T | EARNINGS<br>OTHER | CD | GROSS PAY | TAXES WITHHELD<br>AMOUNT | CODE | DEDUCTIONS<br>AMOUNT | CD | NET PAY /<br>DIRECT DEPOSIT | NET PAY /<br>CHECK # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [SHOP-PAINT]<br>SAMUEL, KAREEM O<br>57  S-01 000310 (W-2) | | | | | | 1787.75 | | | | 1787.75 | 255.35 FED<br>24.67 MEDC<br>105.50 SOCSEC<br>52.24 PA<br>17.02 460701<br>1.07 PAEUC<br>1.00 LS460701 | | 86.21 M<br>25.00 P<br>12.50 P1*<br>37.97 P2 | | 1181.72 | 0.00<br>14495 |

FREQ 1 | PERIOD BEGIN 07/24/19 | END 07/30/19 | CHECK DATE 08/02/19

PrimePay   PrimePay   PrimePay   PrimePay   PrimePay   PrimePay   PrimePay   PrimePay   PrimePay   PrimePay   PrimePay   PrimePay   PrimePay   PrimePay   PrimePay   PrimePay   PrimePay   PrimePay   PrimePay   PrimePay   PrimePay   PrimePay   PrimePay   PrimePay   PrimePay   PrimePay   PrimePay

## C01-1161P BRYN MAWR AUTO BODY, INC — PAYROLL JOURNAL REPORT

SUMMARY#: 11611239

| EMPLOYEE NAME / EMPL # M/S EXEM. DEPT# | RATE | HOURS REG | HOURS O/T | HOURS OTHER | CD | EARNINGS REG | EARNINGS O/T | EARNINGS OTHER | CD | GROSS PAY | TAXES WITHHELD AMOUNT | CODE | DEDUCTIONS AMOUNT | CD | NET PAY / DIRECT DEPOSIT | NET PAY / CHECK # # OF EEs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [SHOP-PAINT] SAMUEL, KAREEM O 57  S-01 000310 | (W-2) | | | | | 1768.06 | | | | 1768.06 | 251.02 FED<br>24.39 MEDC<br>104.27 SOCSEC<br>51.63 PA<br>16.82 460701<br>1.06 PAEUC<br>1.00 LS460701 | | 86.21 M<br>25.00 P<br>12.50 P1*<br>37.97 P2 | | 1168.69 | 0.00<br>14435 |

**19** BONUS  **20** DOUBLE  **27** COMMISSION  **50** REIM   A PRE-AFLAC   L LOAN   O@ EMS
**23** VACATION  **28** OTHER  **91** SMEDE  AD ADVANCE  EC EECK  LC LOANCK  P 401K EE
**24** HOLIDAY  **29** RETRO  **96** AUTO USAGE  C CARPARTS  EM EMPLMATCH  LV LEVY  P1 401K ER
**25** SICK  **30** NONTAX  D DOM. REL.  ES ELEC SUP  M MED125  P2 401K LOAN
DC DED CHECK  F POST AFLAC  MI MISC  U UNIFORM
G GARNISME

FREQ PERIOD: W 2  BEGIN 07/03/19  END 07/09/19  CHECK DATE 07/12/19

PAGE 2

07/10/19 03:43 P

---

SUMMARY#: 11611240

| EMPLOYEE NAME / EMPL # M/S EXEM. DEPT# | RATE | HOURS REG | HOURS O/T | HOURS OTHER | CD | EARNINGS REG | EARNINGS O/T | EARNINGS OTHER | CD | GROSS PAY | TAXES WITHHELD AMOUNT | CODE | DEDUCTIONS AMOUNT | CD | NET PAY / DIRECT DEPOSIT | NET PAY / CHECK # # OF EEs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [SHOP-PAINT] SAMUEL, KAREEM O 57  S-01 000310 | (W-2) | | | | | 1979.82 | | | | 1979.82 | 299.51 FED<br>27.46 MEDC<br>117.40 SOCSEC<br>58.13 PA<br>18.94 460701<br>1.19 PAEUC<br>1.00 LS460701 | | 86.21 M<br>25.00 P<br>12.50 P1*<br>37.97 P2 | | 1307.01 | 0.00<br>14455 |

**19** BONUS  **20** DOUBLE  **26** PERSONAL  **50** REIM   A PRE-AFLAC   L LOAN   O@ EMS
**23** VACATION  **27** COMMISSION  **91** SMEDE  AD ADVANCE  EC EECK  LC LOANCK  P 401K EE
**24** HOLIDAY  **28** OTHER  **96** AUTO USAGE  C CARPARTS  EM EMPLMATCH  LV LEVY  P1 401K ER
**25** SICK  **29** RETRO  D DOM. REL.  ES ELEC SUP  M MED125  P2 401K LOAN
**30** NONTAX  DC DED CHECK  F POST AFLAC  MI MISC  U UNIFORM
G GARNISME

FREQ PERIOD: W 3  BEGIN 07/10/19  END 07/16/19  CHECK DATE 07/19/19

C01-1161P BRYN MAWR AUTO BODY, INC — PAYROLL JOURNAL REPORT

07/17/19 03:29 P

PAGE 2

## C01-1161P BRYN MAWR AUTO BODY, INC — PAYROLL JOURNAL REPORT

SUMMARY#: 11611237

| FREQ | PERIOD | BEGIN | END | CHECK DATE |
|---|---|---|---|---|
| W | 4 | 06/19/19 | 06/25/19 | 06/28/19 |

| EMPLOYEE NAME EMPL # M/S EXEM. DEPT# | RATE | HOURS REG | O/T | OTHER | CD | EARNINGS REG | O/T | OTHER | CD | GROSS PAY | TAXES WITHHELD AMOUNT | CODE | DEDUCTIONS AMOUNT | CD | NET PAY / DIRECT DEPOSIT | NET PAY / CHECK # # OF EEs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [SHOP-PAINT] SAMUEL, KAREEM O  S-01 000310 57 (W-2) | | | | | | 1440.32 | | | | 1440.32 | 178.91 19.63 83.95 41.57 13.54 0.86 1.00 | FED MEDC SOCSEC PA 460701 PAEUC LS460701 | 86.21 25.00 12.50 37.97 | M OP P1* P2 | 951.68 | 0.00 14396 |

Legend (deduction/earning codes):

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 BONUS | 26 PERSONAL | 50 REIM | A PRE-AFLAC | EC ECCK | L LOAN | Oa EMS |
| 20 DOUBLE | 27 COMMISSION | 91 SMEDE | AD ADVANCE | EM EMPLMATCH | LC LOANCK | P 401K EE |
| 23 VACATION | 28 OTHER | 96 AUTO USAGE | C CARPARTS | ES ELEC SUP | LV LEVY | P1 401K ER |
| 24 HOLIDAY | 29 RETRO | | D DOM. REL. | F POST AFLAC | M MED125 | P2 401K LOAN |
| 25 SICK | 30 NONTAX | | DC DED CHECK | G GARNISME | MI MISC | U UNIFORM |

06/26/19 02:54 P    PAGE 2

---

## C01-1161P BRYN MAWR AUTO BODY, INC — PAYROLL JOURNAL REPORT

SUMMARY#: 11611238

| FREQ | PERIOD | BEGIN | END | CHECK DATE |
|---|---|---|---|---|
| W | 1 | 06/26/19 | 07/02/19 | 07/05/19 |

| EMPLOYEE NAME EMPL # M/S EXEM. DEPT# | RATE | HOURS REG | O/T | OTHER | CD | EARNINGS REG | O/T | OTHER | CD | GROSS PAY | TAXES WITHHELD AMOUNT | CODE | DEDUCTIONS AMOUNT | CD | NET PAY / DIRECT DEPOSIT | NET PAY / CHECK # # OF EEs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [SHOP-PAINT] SAMUEL, KAREEM O  S-01 000310 57 (W-2) | | | | | | 1489.04 | | | | 1489.04 | 189.63 20.34 86.98 43.07 14.03 0.89 1.00 | FED MEDC SOCSEC PA 460701 PAEUC LS460701 | 86.21 25.00 12.50 37.97 | M OP P1* P2 | 983.92 | 0.00 14416 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 BONUS | 26 PERSONAL | 50 REIM | A PRE-AFLAC | EC ECCK | L LOAN | Oa EMS |
| 20 DOUBLE | 27 COMMISSION | 91 SMEDE | AD ADVANCE | EM EMPLMATCH | LC LOANCK | P 401K EE |
| 23 VACATION | 28 OTHER | 96 AUTO USAGE | C CARPARTS | ES ELEC SUP | LV LEVY | P1 401K ER |
| 24 HOLIDAY | 29 RETRO | | D DOM. REL. | F POST AFLAC | M MED125 | P2 401K LOAN |
| 25 SICK | 30 NONTAX | | DC DED CHECK | G GARNISME | MI MISC | U UNIFORM |

07/02/19 03:22 P    PAGE 2

## C01-1161P BRYN MAWR AUTO BODY, INC

| EMPLOYEE NAME<br>EMPL # M/S EXEM. DEPT# | RATE | HOURS | | | EARNINGS | | | GROSS PAY | TAXES WITHHELD | | DEDUCTIONS | | NET PAY /<br>DIRECT DEPOSIT | NET PAY /<br>CHECK #<br># OF EEs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | REG | O/T | OTHER | CD | REG | O/T | OTHER | CD | | AMOUNT | CODE | AMOUNT | CD |

[SHOP-PAINT]
SAMUEL, KAREEM O
57            S-01 000310      (W-2)

| | | | | | | 1793.89 | | | | 1793.89 | 256.70 FED<br>24.76 MEDC<br>105.88 SOCSEC<br>52.45 PA<br>17.08 460701<br>1.08 PAEUC<br>1.00 LS460701 | | 86.21 M<br>25.00 P<br>12.50 P1*<br>37.97 P2 | | 1185.78 | 0.00<br>14357 |

| 19 BONUS | 26 PERSONAL | 50 REIM | A PRE-AFLAC | EC EECK | L LOAN | C@ EMS |
| 20 DOUBLE | 27 COMMISSION | 91 SMEDE | AD ADVANCE | EM EMPLMATCH | LC LOANCK | P 401K EE |
| 23 VACATION | 28 OTHER | 96 AUTO USAGE | C CARPARTS | ES ELEC SUP | LV LEVY | P1 401K ER |
| 24 HOLIDAY | 29 RETRO | | D DOM. REL. | M POST AFLAC | M MED125 | P2 401K LOAN |
| 25 SICK | 30 NONTAX | | DC DED CHECK | G GARNISME | MI MISC | U UNIFORM |

SUMMARY#: 11611235

| FREQ | PERIOD | BEGIN | END | CHECK DATE |
|---|---|---|---|---|
| W | 2 | 06/05/19 | 06/11/19 | 06/14/19 |

PAYROLL JOURNAL REPORT                  06/12/19 03:09 P       PAGE 2

---

## C01-1161P BRYN MAWR AUTO BODY, INC

| EMPLOYEE NAME<br>EMPL # M/S EXEM. DEPT# | RATE | HOURS | | | EARNINGS | | | GROSS PAY | TAXES WITHHELD | | DEDUCTIONS | | NET PAY /<br>DIRECT DEPOSIT | NET PAY /<br>CHECK #<br># OF EEs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | REG | O/T | OTHER | CD | REG | O/T | OTHER | CD | | AMOUNT | CODE | AMOUNT | CD |

[SHOP-PAINT]
SAMUEL, KAREEM O
57            S-01 000310      (W-2)

| | | 2157.26 | | | | | | | | 2157.26 | 342.10 FED<br>30.03 MEDC<br>128.41 SOCSEC<br>63.58 PA<br>20.71 460701<br>1.29 PAEUC<br>1.00 LS460701 | | 86.21 M<br>25.00 P<br>12.50 P1*<br>37.97 P2 | | 1420.96 | 0.00<br>14376 |

| 19 BONUS | 26 PERSONAL | 50 REIM | A PRE-AFLAC | EC EECK | L LOAN | C@ EMS |
| 20 DOUBLE | 27 COMMISSION | 91 SMEDE | AD ADVANCE | EM EMPLMATCH | LC LOANCK | P 401K EE |
| 23 VACATION | 28 OTHER | 96 AUTO USAGE | C CARPARTS | ES ELEC SUP | LV LEVY | P1 401K ER |
| 24 HOLIDAY | 29 RETRO | | D DOM. REL. | M POST AFLAC | M MED125 | P2 401K LOAN |
| 25 SICK | 30 NONTAX | | DC DED CHECK | G GARNISME | MI MISC | U UNIFORM |

SUMMARY#: 11611236

| FREQ | PERIOD | BEGIN | END | CHECK DATE |
|---|---|---|---|---|
| W | 3 | 06/12/19 | 06/18/19 | 06/21/19 |

PAYROLL JOURNAL REPORT                  06/19/19 03:28 P       PAGE 2

C01-1161P BRYN MAWR AUTO BODY, INC

PAYROLL JOURNAL REPORT

| EMPLOYEE NAME<br>EMPL # M/S EXEM. DEPT# | RATE | HOURS | | | EARNINGS | | | GROSS PAY | TAXES WITHHELD | | DEDUCTIONS | | NET PAY /<br>DIRECT DEPOSIT | NET PAY /<br>CHECK #<br># OF EEs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | REG | O/T | OTHER CD | REG | O/T | OTHER CD | | AMOUNT CODE | | AMOUNT CD | | | |
| [SHOP-PAINT]<br>SAMUEL, KAREEM O<br>57    S-01 000310   (W-2) | | 900.00 | | | 900.00 | | | 900.00 | 72.46 FED<br>11.80 MEDC<br>50.45 SOCSEC<br>24.98 PA<br>8.14 460701<br>0.54 PAEUC<br>1.00 LS460701 | | 86.21M<br>25.00P<br>12.50P1*<br>37.97P2 | | 581.45 | 0.00<br>14320 |

19 BONUS          26 PERSONAL       50 REIM          A PRE-AFLAC     EC EECK       L LOAN          O@ EMS
1 DOUBLE          27 COMMISSION     91 SMEDE         AD ADVANCE      EM EMPLMATCH  LC LOANCK       P  401K EE
23 VACATION       28 OTHER          96 AUTO USAGE    C  CARPARTS     ES ELEC SUP   LV LEVY         P1 401K ER
24 HOLIDAY        29 RETRO                           D  DOM. REL.    F  POST AFLAC M  MED125       P2 401K LOAN
25 SICK           30 NONTAX                          DC DC DED CHECK G  GARNISHE   MI MISC         U  UNIFORM

| | FREQ | PERIOD | | CHECK DATE |
|---|---|---|---|---|
| | | BEGIN | END | |
| W | 5 | 05/22/19 | 05/28/19 | 05/31/19 |

SUMMARY#: 11611233                              05/29/19 02:57 p

C01-1161P BRYN MAWR AUTO BODY, INC

PAYROLL JOURNAL REPORT

| EMPLOYEE NAME<br>EMPL # M/S EXEM. DEPT# | RATE | HOURS | | | EARNINGS | | | GROSS PAY | TAXES WITHHELD | | DEDUCTIONS | | NET PAY /<br>DIRECT DEPOSIT | NET PAY /<br>CHECK #<br># OF EEs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | REG | O/T | OTHER CD | REG | O/T | OTHER CD | | AMOUNT CODE | | AMOUNT CD | | | |
| [SHOP-PAINT]<br>SAMUEL, KAREEM O<br>57    S-01 000310   (W-2) | | 1364.25 | | | 1364.25 | | | 1364.25 | 162.18 FED<br>18.53 MEDC<br>79.24 SOCSEC<br>39.24 PA<br>12.78 460701<br>0.82 PAEUC<br>1.00 LS460701 | | 86.21M<br>25.00P<br>12.50P1*<br>37.97P2 | | 901.28 | 0.00<br>14338 |

19 BONUS          26 PERSONAL       50 REIM          A PRE-AFLAC     EC EECK       L LOAN          O@ EMS
20 DOUBLE         27 COMMISSION     91 SMEDE         AD ADVANCE      EM EMPLMATCH  LC LOANCK       P  401K EE
23 VACATION      28 OTHER           96 AUTO USAGE    C  CARPARTS     ES ELEC SUP   LV LEVY         P1 401K ER
24 HOLIDAY       29 RETRO                            D  DOM. REL.    F  POST AFLAC M  MED125       P2 401K LOAN
25 SICK          30 NONTAX                           DC DC DED CHECK G  GARNISHE   MI MISC         U  UNIFORM

| | FREQ | PERIOD | | CHECK DATE |
|---|---|---|---|---|
| | | BEGIN | END | |
| W | 1 | 05/29/19 | 06/04/19 | 06/07/19 |

SUMMARY#: 11611234                              06/05/19 03:50 p

PAGE 2

C01-1161P  BRYN MAWR AUTO BODY, INC                                                           PAYROLL JOURNAL REPORT                                 05/15/19 03:14 P

SUMMARY#: 11611231

| EMPLOYEE NAME | | | HOURS | | | EARNINGS | | | GROSS PAY | TAXES WITHHELD | | DEDUCTIONS | | NET PAY / DIRECT DEPOSIT | NET PAY / CHECK # |
| EMPL # M /S EXEM. DEPT# | RATE | REG | O/T | OTHER | CD | REG | O/T | OTHER | CD | | AMOUNT | CODE | AMOUNT | CD | | # OF EEs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SAMUEL, KAREEM O [SHOP-PAINT] 57  S-01 000310 | (W-2) | | | | | 1738.03 | | | | 1738.03 | 244.41 FED<br>23.95 MEDC<br>102.41 SOCSEC<br>50.71 PA<br>16.52 460701<br>1.04 PAEUC<br>1.00 LS460701 | | 86.21 M<br>25.00 P<br>12.50 P1*<br>37.97 P2 | | 1148.81 | 0.00<br>14281 |

9 BONUS         26 PERSONAL       50 REIM            A PRE-AFLAC    EC EECK           L LOAN       O@ EMS
0 DOUBLE        27 COMMISSION     91 SMEDE           AD ADVANCE     EM EMPLMATCH     LC LOANCK     P 401K EE
23 VACATION     28 OTHER          96 AUTO USAGE     C CARPARTS     ES ELEC SUP       LV LEVY       P1 401K ER
24 HOLIDAY      29 RETRO                             D DOM. REL.    F POST AFLAC     M MED125      P2 401K LOAN
25 SICK         30 NONTAX                            DC DED CHECK   G GARNISME       MI MISC       U UNIFORM

FREQ W    PERIOD 3    BEGIN 05/08/19    END 05/14/19    CHECK DATE 05/17/19

---

C01-1161P  BRYN MAWR AUTO BODY, INC                                                           PAYROLL JOURNAL REPORT                                 05/22/19 03:23 P

SUMMARY#: 11611232

| EMPLOYEE NAME | | | HOURS | | | EARNINGS | | | GROSS PAY | TAXES WITHHELD | | DEDUCTIONS | | NET PAY / DIRECT DEPOSIT | NET PAY / CHECK # |
| EMPL # M /S EXEM. DEPT# | RATE | REG | O/T | OTHER | CD | REG | O/T | OTHER | CD | | AMOUNT | CODE | AMOUNT | CD | | # OF EEs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SAMUEL, KAREEM O [SHOP-PAINT] 57  S-01 000310 | (W-2) | | | | | 1210.28 | | | | 1210.28 | 128.31 FED<br>16.30 MEDC<br>69.69 SOCSEC<br>34.51 PA<br>11.24 460701<br>0.73 PAEUC<br>1.00 LS460701 | | 86.21 M<br>25.00 P<br>12.50 P1*<br>37.97 P2 | | 799.32 | 0.00<br>14302 |

19 BONUS        26 PERSONAL       50 REIM            A PRE-AFLAC    EC EECK           L LOAN       O@ EMS
20 DOUBLE       27 COMMISSION     91 SMEDE           AD ADVANCE     EM EMPLMATCH     LC LOANCK     P 401K EE
23 VACATION     28 OTHER          96 AUTO USAGE     C CARPARTS     ES ELEC SUP       LV LEVY       P1 401K ER
24 HOLIDAY      29 RETRO                             D DOM. REL.    F POST AFLAC     M MED125      P2 401K LOAN
25 SICK         30 NONTAX                            DC DED CHECK   G GARNISME       MI MISC       U UNIFORM

FREQ W    PERIOD 4    BEGIN 05/15/19    END 05/21/19    CHECK DATE 05/24/19

PAGE 2

## C01-1161P BRYN MAWR AUTO BODY, INC — PAYROLL JOURNAL REPORT

SUMMARY#: 11611228    04/24/19 03:53 P    PAGE 2

| EMPLOYEE NAME | EMPL # | M/S | EXEM. | DEPT# | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| [SHOP-PAINT] SAMUEL, KAREEM O | 57 | S-01 | | 000310 | (W-2) | | | | | |

| | | A PRE-AFLAC | EC EECK | L LOAN | O@ EMS | | | | | |
| | | AD ADVANCE | EM EMPLMATCH | LC LOANCK | P 401K EE | | | | | |
| | | C CARPARTS | ES ELEC SUP | LV LEVY | P1 401K ER | | | | | |
| | | D DOM. REL. | F POST AFLAC | M MED125 | P2 401K LOAN | | | | | |
| | | DC DED CHECK | G GARNISHE | MI MISC | U UNIFORM | | | | | |

| FREQ | PERIOD BEGIN | END | CHECK DATE | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| W | 4 | 04/17/19 | 04/23/19 | 04/26/19 | | | | | | |

| RATE | HOURS REG | O/T | OTHER | CD | EARNINGS REG | O/T | OTHER | CD | GROSS PAY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | 1951.45 | | | | 1951.45 |

| TAXES WITHHELD AMOUNT | CODE | DEDUCTIONS AMOUNT | CD | NET PAY / DIRECT DEPOSIT | CHECK # / # OF EE. |
|---|---|---|---|---|---|
| 292.71 | FED | 86.21 | M | 1288.79 | 14243 |
| 27.05 | MEDC | 25.00 | P | 0.00 | |
| 115.64 | SOCSEC | 12.50 | P1* | | |
| 57.26 | PA | 37.97 | P2 | | |
| 18.65 | 460701 | | | | |
| 1.17 | PAEUC | | | | |
| 1.00 | LS460701 | | | | |

---

## C01-1161P BRYN MAWR AUTO BODY, INC — PAYROLL JOURNAL REPORT

SUMMARY#: 11611229    05/01/19 03:05 P    PAGE 2

| EMPLOYEE NAME | EMPL # | M/S | EXEM. | DEPT# | | |
|---|---|---|---|---|---|---|
| [SHOP-PAINT] SAMUEL, KAREEM O | 57 | S-01 | | 000310 | (W-2) | |

| | | A PRE-AFLAC | EC EECK | L LOAN | O@ EMS |
| | | AD ADVANCE | EM EMPLMATCH | LC LOANCK | P 401K EE |
| | | C CARPARTS | ES ELEC SUP | LV LEVY | P1 401K ER |
| | | D DOM. REL. | F POST AFLAC | M MED125 | P2 401K LOAN |
| | | DC DED CHECK | G GARNISHE | MI MISC | U UNIFORM |

| FREQ | PERIOD BEGIN | END | CHECK DATE |
|---|---|---|---|
| W | 1 | 04/24/19 | 04/30/19 | 05/03/19 |

| RATE | HOURS REG | O/T | OTHER | CD | EARNINGS REG | O/T | OTHER | CD | GROSS PAY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | 1940.68 | | | | 1940.68 |

| TAXES WITHHELD AMOUNT | CODE | DEDUCTIONS AMOUNT | CD | NET PAY / DIRECT DEPOSIT | CHECK # / # OF EE. |
|---|---|---|---|---|---|
| 290.12 | FED | 86.21 | M | 1281.88 | 14224 |
| 26.89 | MEDC | 25.00 | P | 0.00 | |
| 114.98 | SOCSEC | 12.50 | P1* | | |
| 56.93 | PA | 37.97 | P2 | | |
| 18.54 | 460701 | | | | |
| 1.16 | PAEUC | | | | |
| 1.00 | LS460701 | | | | |

---

## C01-1161P BRYN MAWR AUTO BODY, INC — PAYROLL JOURNAL REPORT

SUMMARY#: 11611230    05/08/19 03:08 P    PAGE 2

| EMPLOYEE NAME | EMPL # | M/S | EXEM. | DEPT# | | |
|---|---|---|---|---|---|---|
| [SHOP-PAINT] SAMUEL, KAREEM O | 57 | S-01 | | 000310 | (W-2) | |

| | | A PRE-AFLAC | EC EECK | L LOAN | O@ EMS |
| | | AD ADVANCE | EM EMPLMATCH | LC LOANCK | P 401K EE |
| | | C CARPARTS | ES ELEC SUP | LV LEVY | P1 401K ER |
| | | D DOM. REL. | F POST AFLAC | M MED125 | P2 401K LOAN |
| | | DC DED CHECK | G GARNISHE | MI MISC | U UNIFORM |

| FREQ | PERIOD BEGIN | END | CHECK DATE |
|---|---|---|---|
| W | 2 | 05/01/19 | 05/07/19 | 05/10/19 |

| RATE | HOURS REG | O/T | OTHER | CD | EARNINGS REG | O/T | OTHER | CD | GROSS PAY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | 1838.09 | | | | 1838.09 |

| TAXES WITHHELD AMOUNT | CODE | DEDUCTIONS AMOUNT | CD | NET PAY / DIRECT DEPOSIT | CHECK # / # OF EE. |
|---|---|---|---|---|---|
| 266.42 | FED | 86.21 | M | 1215.07 | 14262 |
| 25.40 | MEDC | 25.00 | P | 0.00 | |
| 108.62 | SOCSEC | 12.50 | P1* | | |
| 53.78 | PA | 37.97 | P2 | | |
| 17.52 | 460701 | | | | |
| 1.10 | PAEUC | | | | |
| 1.00 | LS460701 | | | | |

Earnings codes (shown in each block):
19 BONUS / 20 DOUBLE / 23 VACATION / 24 HOLIDAY / 25 SICK
26 PERSONAL / 27 COMMISSION / 28 OTHER / 29 RETRO / 30 NONTAX
50 REIM / 91 SMEDE / 96 AUTO USAGE

## C01-1161P BRYN MAWR AUTO BODY, INC — PAYROLL JOURNAL REPORT

04/03/19 02:57 p

| EMPLOYEE NAME | EMPL # / M/S EXEM. DEPT# | FREQ | PERIOD BEGIN | END | CHECK DATE | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SAMUEL, KAREEM O [SHOP-PAINT] | 57   S-01   000310 | W | 1 | 03/27/19 | 04/02/19 | 04/05/19 | | | | | | |

| | RATE | HOURS REG | O/T | OTHER | CD | EARNINGS REG | O/T | OTHER | CD | GROSS PAY | TAXES WITHHELD AMOUNT / CODE | DEDUCTIONS AMOUNT / CD | NET PAY / DIRECT DEPOSIT | NET PAY / CHECK # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (W-2) | | | | | | 1742.45 | | | | 1742.45 | 245.38 FED  24.02 MEDC  102.69 SOCSEC  50.85 PA  16.56 460701  1.05 PAEUC  1.00 LS460701 | 86.21 M  25.00 P  12.50 P1*  37.97 P2 | 1151.72 | 0.00  14166 |

19 BONUS   26 PERSONAL   50 REIM   A PRE-AFLAC   EC EECK   L LOAN   0@ EMS
20 DOUBLE  27 COMMISSION 91 SMEDE  AD ADVANCE   EM EMPLMATCH  LC LOANCK  P  401K EE
23 VACATION 28 OTHER      96 AUTO USAGE C CARPARTS  ES ELEC SUP   LV LEVY   P1 401K ER
24 HOLIDAY  29 RETRO                D DOM. REL.   F  POST AFLAC  M  MED125  P2 401K LOAN
25 SICK     30 NONTAX                DC DED CHECK  G  GARNISME    MI MISC   U  UNIFORM

PAGE 2

---

## C01-1161P BRYN MAWR AUTO BODY, INC — PAYROLL JOURNAL REPORT

04/10/19 03:39 p

| EMPLOYEE NAME | EMPL # / M/S EXEM. DEPT# | FREQ | PERIOD BEGIN | END | CHECK DATE | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SAMUEL, KAREEM O [SHOP-PAINT] | 57   S-01   000310 | W | 2 | 04/03/19 | 04/09/19 | 04/12/19 | | | | | | |

| | RATE | HOURS REG | O/T | OTHER | CD | EARNINGS REG | O/T | OTHER | CD | GROSS PAY | TAXES WITHHELD AMOUNT / CODE | DEDUCTIONS AMOUNT / CD | NET PAY / DIRECT DEPOSIT | NET PAY / CHECK # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (W-2) | | | | | | 1404.99 | | | | 1404.99 | 171.14 FED  19.12 MEDC  81.76 SOCSEC  40.49 PA  13.19 460701  0.84 PAEUC  1.00 LS460701 | 86.21 M  25.00 P  12.50 P1*  37.97 P2 | 928.27 | 0.00  14186 |

19 BONUS   26 PERSONAL   50 REIM   A PRE-AFLAC   EC EECK   L LOAN   0@ EMS
20 DOUBLE  27 COMMISSION 91 SMEDE  AD ADVANCE   EM EMPLMATCH  LC LOANCK  P  401K EE
23 VACATION 28 OTHER      96 AUTO USAGE C CARPARTS  ES ELEC SUP   LV LEVY   P1 401K ER
24 HOLIDAY  29 RETRO                D DOM. REL.   F  POST AFLAC  M  MED125  P2 401K LOAN
25 SICK     30 NONTAX                DC DED CHECK  G  GARNISME    MI MISC   U  UNIFORM

PAGE 2

---

## C01-1161P BRYN MAWR AUTO BODY, INC — PAYROLL JOURNAL REPORT

| EMPLOYEE NAME | EMPL # / M/S EXEM. DEPT# | FREQ | PERIOD BEGIN | END | CHECK DATE |
|---|---|---|---|---|---|
| SAMUEL, KAREEM O [SHOP-PAINT] | 57   S-01   000310 | W | 3 | 04/10/19 | 04/16/19 | 04/19/19 |

| | RATE | HOURS REG | O/T | OTHER | CD | EARNINGS REG | O/T | OTHER | CD | GROSS PAY | TAXES WITHHELD AMOUNT / CODE | DEDUCTIONS AMOUNT / CD | NET PAY / DIRECT DEPOSIT | NET PAY / CHECK # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (W-2) | | | | | | 1921.96 | | | | 1921.96 | 285.63 FED  26.62 MEDC  113.82 SOCSEC  56.36 PA  18.36 460701  1.15 PAEUC  1.00 LS460701 | 86.21 M  25.00 P  12.50 P1*  37.97 P2 | 1269.84 | 0.00  14205 |

19 BONUS   26 PERSONAL   50 REIM   A PRE-AFLAC   EC EECK   L LOAN   0@ EMS
20 DOUBLE  27 COMMISSION 91 SMEDE  AD ADVANCE   EM EMPLMATCH  LC LOANCK  P  401K EE
23 VACATION 28 OTHER      96 AUTO USAGE C CARPARTS  ES ELEC SUP   LV LEVY   P1 401K ER
24 HOLIDAY  29 RETRO                D DOM. REL.   F  POST AFLAC  M  MED125  P2 401K LOAN
25 SICK     30 NONTAX                DC DED CHECK  G  GARNISME    MI MISC   U  UNIFORM

PAGE 2