# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                             Chapter 13

                             Bankruptcy No. 19-16607-MDC

KAREEM  SAMUEL

314 LAGRANGE AVENUE

ESSINGTON, PA 19029-

        Debtor

## CERTIFICATE OF SERVICE

      **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

   Debtor(s), at the address listed, by first class mail.

     KAREEM  SAMUEL

     314 LAGRANGE AVENUE

     ESSINGTON, PA 19029-

Counsel for debtor(s), by electronic notice only.

     GEORGETTE MILLER
     335 EVESHAM AV

     LAWNSIDE, NJ 08045-

                             /S/ William C. Miller

Date: 2/10/2020
                          _____

                          William C. Miller, Esquire
                          Chapter 13 Standing Trustee