**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:   KAREEM SAMUEL, | : | CHAPTER 13 |
| | : | |
| DEBTOR(S). | : | CASE NO.: 19-16607-MDC |
| | : | |

## CERTIFICATION OF SERVICE

I, Michelle Lee, being duly sworn according to law, deposes and says that I served the Debtors' Amended Plan, filed on 5/13/2020, upon the following individuals listed below, by electronic means and/or first class mail on 5/14/2020:

William C. Miller
Chapter 13 Trustee
1234 Market Street
Suite# 1813
Philadelphia, PA 19107

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Kareem Samuel
314 Lagrange Avenue
Essington, PA 19029

**ALL ATTORNEYS OF RECORD**

**ALL PARTIES ON CLERK'S SERVICE LIST**

**ALL CREDITORS AT THE ADDRESS LISTED ON THE MATRIX AND/OR at the ADDRESS LISTED ON FILED PROOFS OF CLAIMS**

And notice to be filed electronically with the Court, where it is available for viewing and downloading from the Court's ECF system, and that such electronic filing automatically generates a Notice of Electronic filing constituting service of the filed document upon all of the parties required by Federal Rule of Bankruptcy Procedure 3020(b)(1) and all parties that have requested service of papers in this case.

Respectfully Submitted,

/s/ Michelle Lee

Michelle Lee, Esquire
Margolis Edelstein
170 S Independence Mall W Ste
400E, Philadelphia, PA 19106

{00380766;v1}