**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  KAREEM SAMUEL, | : | CHAPTER 13 |
| | : | |
| DEBTOR(S). | : | CASE NO.: 19-16607-MDC |
| | : | |
| | : | |

### NOTICE FOR DEBTORS' MOTION TO DETERMINE VALUE

Debtor Kareem Samuel has filed a Motion to Determine Value with this court. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you want the court to consider your views on the Motion, then before **6/24/2020** you or your attorney must:

File with the court a written response at:
U.S. Bankruptcy Court
900 Market Street
Philadelphia, PA 19107
Attn: Bankruptcy Clerk

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must mail a copy to:
Michelle Lee, Esquire
Margolis Edelstein
170 S Independence Mall W Ste 400E
Philadelphia, PA 19106

You or your attorney must attend the hearing scheduled to be held on **7/7/2020 at 10:30 AM**, in Courtroom #2, U.S. Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated: 6/10/2020

/s/ Michelle Lee
Michelle Lee, Esquire
Margolis Edelstein
170 S Independence Mall W Ste 400E,
Philadelphia, PA 19106

{00382043;v1}