**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  KAREEM SAMUEL, | : | CHAPTER 13 |
| | : | |
| DEBTOR(S). | : | CASE NO.: 19-16607-MDC |
| | : | |
| | : | |

## ORDER

And Now this _____July 15___, 2020, upon consideration of Debtor Kareem Samuel's Motion to Determine Value, and any response in opposition thereto, if any, it is hereby ORDERED that Debtor's Motion is granted, and that the allowed secured claim of Jefferson Capital Systems, LLC be $1,846. The remaining balance shall be treated as unsecured.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

{00382043;v1}