# UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PHILADELPHIA DIVISON

In the Matter of:     Case No. 19-16607

Kareem Samuel

**NOTICE OF CHANGE OF ADDRESS**
**CHECK ONLY ONE**

[ ]  **Debtor's Change of Address**

[✔]  **Creditor's Change of Address**

NAME:    Atlas Acquisitions LLC

OLD MAILING ADDRESS:    294 Union St.

Hackensack, NJ 07601

NEW MAILING ADDRESS:    492C Cedar Lane, Ste 442

Teaneck, NJ 07666

Dated: October 20, 2020    /s/Avi Schild
Signature

REQUESTOR'S NAME:    Avi Schild

ADDRESS:    492C Cedar Lane, Ste 442

Teaneck, NJ 07666

TELEPHONE NO.:    888.762.9889

bk@atlasacq.com