**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Kareem Samuel                                   CHAPTER 13

DEBTOR(S)                                          BANKRUPTCY NO: 19-16607

**CERTIFICATION OF NO RESPONSE**

    I, the undersigned, certify that, having served or caused to be served, a copy of the Notice, Application and Proposed Order on <u>May 21, 2021</u>, as shown in the Certification of Service filed in this matter, that more than 20 days have passed and that I have received no response, either oral or written, as of this date to Debtor Attorney's Application for Compensation and Reimbursement of Expenses.

    I respectfully request that the Court enter the attached Order.


Dated:  June 10, 2021                         /s/ Margolis Edelstein
                                              Margolis Edelstein
                                              100 Century Parkway, Suite 200
                                              Mt. Laurel, NJ 08054