# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|     Kareem Samuel, | : | |
|     Debtor. | : | Bankruptcy No. 19-16607-MDC |

# O R D E R

**AND NOW**, Margolis Edelstein (the "Applicant") filed with the Court an Application for Compensation and Reimbursement of Expenses dated May 21, 2021 (the "Application"), seeking compensation in the amount of $5,400 and reimbursement of expenses in the amount of $1,120 (the "Requested Compensation and Expenses").[1]

**AND**, this case involves the representation of a below-median debtor, *see generally* 11 U.S.C. §1325(b) (establishing different standards for measuring plan confirmability depending upon whether the debtor's income is above median or below median); Official Form B-122C (requiring less financial disclosure from below median debtors).

**AND**, the Applicant requests compensation in an amount that exceeds the amount that this Court is authorized, pursuant to L.B.R. 2016-3(a), to allow in chapter 13 cases involving below-median debtors.

**AND**, L.B.R. 2016-2 requires an application for compensation must include, among other things, a chronological description of each service performed, the time expended for each service and a list by type of the expenses for which reimbursement is sought. L.B.R. 2016-2(a)(1) & (2).

It is hereby **ORDERED** and **DETERMINED** that:

---

[1] Bankr. Docket No. 62.

1. The Applicant failed to comply with L.B.R. 2016-2(a)(1) & (2) because the Applicant failed to attach to the Supplemental Application a copy of the Applicant's relevant time records (the "Time Records").

2. The Applicant is directed to file, as a supplement to the Application, the Time Records supporting the Requested Compensation and Expenses (the "Supplement"), within 14 days of the entry of this Order.

3. Failure to file the Supplement as provided by paragraph 2 above may result in the Court reducing the Requested Compensation and Expenses to the amount permitted under L.B.R. 2016-3 for below-median debtors.

Dated: July 13, 2021

*Magdeline D. Coleman*

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

Georgette Miller, Esquire
Margolis Edelstein
The Curtis Center, Suite 400
170 S. Independence Mall W
Philadelphia, PA 19106

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106-2912