# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Kareem Samuel                                        CHAPTER 13

      DEBTOR(S)                                        BANKRUPTCY NO: 19-16607

## CERTIFICATION OF NO RESPONSE

      I, the undersigned, certify that, having served or caused to be served, a copy of the Notice, Application and Proposed Order on <u>September 28, 2021</u>, as shown in the Certification of Service filed in this matter, that more than 20 days have passed and that I have received no response, either oral or written, as of this date to Debtor Attorney's Application for Compensation and Reimbursement of Expenses.

      I respectfully request that the Court enter the attached Order.


Dated:  October 18, 2021                    <u>/s/ Margolis Edelstein</u>
                                                                 Margolis Edelstein
                                                                 100 Century Parkway, Suite 200
                                                                 Mt. Laurel, NJ 08054