**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re: Kareem Samuel** | : | Chapter 13 |
| | : | |
| | : | |
| **Debtor,** | : | Bankruptcy No. 19-16607-MDC |

**O R D E R**

AND NOW, this  28th  day of  March      , **2023,** upon consideration of the Debtor's Motion to Modify Plan, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan is **APPROVED**.

_____
**Honorable Chief Bankruptcy Judge**

{00383165;v1}