**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

In re:                                                         **CASE NO.: 19-16607-amc**
                                                                               **CHAPTER 13**

**Kareem Samuel,**

       **Debtor.**

_____/

**RESPONSE TO MOTION FOR ACCOUNTING DETERMINATION
OF PRINCIPAL BALANCE, AND SANCTIONS**

       **COMES NOW,** The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificate holders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-18 C/o NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Secured Creditor"), by and through the undersigned attorney, hereby files its Response to Motion for Accounting Determination of Principal Balance, and Sanctions ("Response")(at Docket Entry No. 106), and in support thereof states as follows:

1. Admitted as to date of filing only.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted in part, denied in part. Admitted as to the character of the loan. Insufficient information to admit or deny balance of this averment, and therefore, it is denied.

7. Admitted that the number was printed on the bottom of the Notice of Payment Change.

      8. Admitted that the number was printed on the bottom of the Notice of Payment Change.

      9. Denied. Strict proof to the contrary required at trial.

      10. Insufficient information to admit or deny this averment and therefore it is denied.

      11. Admitted in part, denied in part. Admitted that present secured credited has not filed a motion for relief in the instant case. Insufficient information to address the balance of this averment and therefore, it is denied.

      12. Admitted only that Debtor was approved for a loan modification by the prior servicer prior to this transfer to Secured Creditor.

      13. Insufficient information to admit or deny this averment, and therefore, it is denied.

      14. Insufficient information to admit or deny this averment, and therefore, it is denied.

      15. Insufficient information to admit or deny this averment, and therefore, it is denied.

      16. This averment is a conclusion of law to which no response is required, and it is therefore it is denied.

      17. Insufficient information to admit or deny this averment, and therefore, it is denied.

      18. Insufficient information to admit or deny this averment, and therefore, it is denied.

      19. Insufficient information to admit or deny this averment, and therefore, it is denied.

      20. Denied. Strict proof to the contrary required at trial.

      21. Denied. Strict proof to the contrary required at trial.

      22. Denied. Strict proof to the contrary required at trial.

      23. Insufficient information to admit or deny this averment, and therefore, it is denied.

      24. Denied. By way of further answer, the loan at issue was transferred to Secured Creditor September 13, 2024. Strict proof to the contrary required at trial.

25. Denied.  Strict proof to the contrary required at trial.  By way of further answer, Secured Creditor reserves the right to supplement its Response to Motion for Accounting Determination of Principal Balance and Sanctions at any time prior to the hearing.

**WHEREFORE**, Movant respectfully requests that based on the foregoing, that this Honorable Court deny the Motion of Debtor in its entirety.

    Respectfully submitted,

    Robertson, Anschutz, Schneid, Crane
    & Partners, PLLC
    Attorneys for Secured Creditor
    13010 Morris Rd., Suite 450
    Alpharetta, GA 30004
    Telephone: 470-321-7112

    By: /s/Sherri R. Dicks
    Sherri R. Dicks, Esquire
    Email: sdicks@raslg.com
    Pennsylvania Bar No. 90600

## **CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that on January 20, 2025, I caused to be electronically filed the foregoing with the Clerk of Court via the CM/ECF system, and caused a true and correct copy to be served via CM/ECF and/or U.S. Mail, First Class Mail, postage prepaid to the following parties:

Kareem Samuel
314 Lagrange Avenue
Essington, PA 19029

and via electronic mail to:

MICHELLE LEE, ESQ.
Dilworth Paxson
1500 Market Street
Suite 3500E
Philadelphia, PA 19102

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

FREDERIC J. BAKER
Assistant United States Trustee
Office of the U.S. Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

                                              Robertson, Anschutz, Schneid, Crane
                                              & Partners, PLLC
                                              Attorneys for Secured Creditor
                                              13010 Morris Rd., Suite 450
                                              Alpharetta, GA 30004
                                              Telephone: 470-321-7112

                                              By: /s/Sherri R. Dicks
                                              Sherri R. Dicks, Esquire
                                              Email: sdicks@raslg.com
                                              Pennsylvania Bar No. 90600