UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE | : Chapter 13 |
| | : |
| KAREEM SAMUEL, | : |
| | : Bankruptcy No. 19-16607-DJB |
| DEBTOR | : |
| | : |

## ORDER SCHEDULING EVIDENTIARY HEARING
## ON MOTION FOR ACCOUNTING, DETERMINATION
## OF PRINCIPAL BALANCE, AND SANCATIONS

**AND NOW** this 18th day of June, 2025, and the Court having held an evidentiary hearing on the MOTION FOR ACCOUNTING, DETERMINATION OF PRINCIPAL BALANCE, AND SANCATIONS filed on December 18, 2024 [Dkt. No. 106] (the "Motion") and the parties requiring additional trial time therefor, the Court sets down the following deadlines and procedures for the continuation of the evidentiary hearing:

1. Any exhibit lists, witness lists, and any witness declarations intended to be submitted as direct testimony shall be filed on the Docket no later than 5:00 p.m. prevailing eastern time on August 4, 2025.

2. Trial shall will begin at 9:30 a.m. and continue through 12:30 p.m. After a lunch recess, trial will resume at 2:00 p.m. and continue through 5:00 p.m. on August 11, 2025.

4. Trial (including all witnesses and counsel seeking to be heard) shall be conducted in person in **Bankruptcy Courtroom No. 2, Robert N.C. Nix Federal Building & Courthouse, 900 Market Street, Second Floor, Philadelphia, Pennsylvania** unless otherwise arranged by the parties with the Court no later than 5:00 p.m. prevailing eastern time on August

1

4, 2025. In which case, parties may participate via zoom as per Judge Baker's Practices and Procedures and as stated on the record.

5.    Each of the Debtor and the Creditor (and any persons aligned with them who seek to be heard in support or opposition) are hereby allocated six (6) trial hours. The three (3) hours allocated to the Debtor will include their case in chief and any rebuttal. The three (3) hours allocated to the Creditor will include any support for their case. The Court will use a "chess clock" method to conduct of trial. Any time spent by a particular party examining direct witnesses, cross-examining adverse witnesses or making substantive argument shall be counted against that party's allocated trial time.

6.    At the conclusion of the trial on August 11, 2025 the Court will discuss the appropriateness of further post-trial submissions together with limitations and deadlines related thereto.

7.    Trial date and all deadlines are firm and **may be continued only in exceptional circumstances on motion and leave of Court.**

_____
Derek J. Baker
United States Bankruptcy Judge