**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Kareem Samuel | : | CHAPTER 13 |
| | : | |
| DEBTOR(S), | : | CASE NO. 19-16607 |

**PRAECIPE TO WITHDRAW**

To the Clerk,

    Kindly withdraw Debtor's supplemental application for compensation filed on April 9, 2025, Docket Number 125 and 126.

Dated: June 24, 2025                        Respectfully Submitted,

                                                          /s/ Michelle Lee

                                                          Michelle Lee, Esq.
                                                          Dilworth Paxson LLP
                                                          1650 Market Street, Suite 1200
                                                           Philadelphia, PA 19103

{00362533;v1}