# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

| | |
|---|---|
| In re: <br><br> Kareem Samuel, <br>    Debtor. | Bankruptcy No. 19-16607-djb <br><br> Chapter 13 |

## PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to the Motion to Modify Chapter 13 Plan of The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-18 [at Docket Entry No. 132] filed April 28, 2025.

                                        Robertson, Anschutz, Schneid, Crane
                                        & Partners, PLLC
                                        Attorneys for Secured Creditor
                                        6409 Congress Ave., Suite 100
                                        Boca Raton, FL 33487
                                        Telephone: (470) 321-7112
                                        Facsimile: (561) 997-6909

                                        By: /s/Sherri R. Dicks
                                        Sherri R. Dicks, Esquire
                                        Pennsylvania Bar Number 90600
                                        Email: sdicks@raslg.com