## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: Kareem Samuel** | : | **CHAPTER 13** |
| | : | |
| **DEBTOR(S),** | : | **CASE NO.: 19-16607** |
| | : | |

## CERTIFICATE OF NO RESPONSE

      I, the undersigned, certify, that having served or caused to be served, a copy of the Debtors' Motion to Modify Plan thereof on December 18, 2024, as shown in the Certification of Service filed in this matter, that more than 20 days have passed and I have received no response, either oral or written, as of this date to Debtors' Motion to Modify Plan. I respectfully request the Court enter the attached Order.

                                                Respectfully submitted,

Dated: June 26, 2025                              /s/ Michelle Lee
                                                    Michelle Lee, Esq.
                                                      Dilworth Paxson LLP
                                                      1650 Market Street, Ste. 1200
                                                      Philadelphia, PA 19103