**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:  Kareem Samuel                    :         Chapter 13

Debtor,                                  :         Bankruptcy No.  19-16607

### O R D E R

AND NOW, this _____ day of _____, 2025, upon consideration of the Debtor's Motion to Modify Plan Post-Confirmation, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.
2. The Debtor's Amended Chapter 13 Plan (at docket entry #113) is **APPROVED**.

_____
Honorable Judge Derek J. Baker

**Date: June 26, 2025**