**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Kareem Samuel                      CHAPTER 13

         DEBTOR(S)                        BANKRUPTCY NO: 19-16607

**CERTIFICATION OF NO RESPONSE**

       I, the undersigned, certify that, having served or caused to be served, a copy of the Notice, Application and Proposed Order on April 9, 2025, as shown in the Certification of Service filed in this matter, that more than 14 days have passed and that I have received no response, either oral or written, as of this date to Debtor Attorney's Application for Compensation and Reimbursement of Expenses.

       I respectfully request that the Court enter the attached Order.


Dated: April 23, 2025                           /s/ Michelle Lee, Esq.
                                                      Dilworth Paxson LLP
                                                      1650 Market Street, Suite 1200
                                                      Philadelphia, PA 19103