## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: Kareem Samuel** | : | **CHAPTER 13** |
| | : | |
| **DEBTOR(S),** | : | **CASE NO. 19-16607** |

## PRAECIPE TO WITHDRAW

To the Clerk,

    Kindly withdraw Debtor's supplemental application for compensation filed on June 27, 2025, Docket Number 153, 154, and 155.

Dated: June 27, 2025                         Respectfully Submitted,

                                                       /s/ Michelle Lee

                                                       Michelle Lee, Esq.
                                                       Dilworth Paxson LLP
                                                       1650 Market Street, Suite 1200
                                                       Philadelphia, PA 19103

{00362533;v1}