UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re<br><br>Kareem Samuel,<br>    Debtor.<br><br>THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK,<br>    Movant. | Bankruptcy 19-16607-djb<br><br>Chapter 13<br><br>Related to Doc. Nos. 106, 114, 142 |

ORDER

AND NOW, this 8th day of August, 2025, in the United States Bankruptcy Court for the Eastern District of Pennsylvania, upon the Motion of THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-18 to Continue Evidentiary Hearing and with the concurrence of Debtor's Counsel it is:

ORDERED AND DECREED as follows

1. The Motion to Continue hearing is GRANTED;
2. All provisions of the Original Scheduling Order [Dkt. No. 142] remain in effect;
3. Deadlines for filing under ¶1 of the Original Scheduling Order are also extended to **October 15, 2025**; and
4. The evidentiary hearing on the Motion for Accounting is hereby CONTINUED to **October 22, 2025** at **9:30 a.m**.

BY THE COURT

_____

DEREK J. BAKER
UNITED STATES BANKRUPTCY JUDGE