**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Kareem Samuel　　　　　　　　　　CHAPTER 13

　　　DEBTOR(S)　　　　　　　　　　　　BANKRUPTCY NO: 19-16607

**CERTIFICATION OF NO RESPONSE**

　　I, the undersigned, certify that, having served or caused to be served, a copy of the Notice, Application and Proposed Order on <u>June 27, 2025</u>, as shown in the Certification of Service filed in this matter, that more than 14 days have passed and that I have received no response, either oral or written, as of this date to Debtor Attorney's Application for Compensation and Reimbursement of Expenses.

　　I respectfully request that the Court enter the attached Order.


Dated: July 11, 2025　　　　　　　　　　　<u>/s/ Michelle Lee, Esq.</u>
　　　　　　　　　　　　　　　　　　　　　Dilworth Paxson LLP
　　　　　　　　　　　　　　　　　　　　　1650 Market Street, Suite 1200
　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103