B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re  **Kareem Samuel**                                                                          Case No.  **19-16607**
Debtor(s)                                                                                    Chapter  **13**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept                                     $    **7,000.00**
    Prior to the filing of this statement I have received                           $      **200.00**
    Balance Due                                                                     $    **6,800.00**

2. $ **310.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:
    ☑ Debtor    ☐ Other (specify):

4. The source of compensation to be paid to me is:
    ☑ Debtor    ☐ Other (specify):

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for the following:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required preconfirmation;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
        **Exemption planning; preparation and filing of reaffirmation agreements and applications as needed**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, loan modifications, refinancing of mortgages, judicial lien avoidances, relief from stay actions, motions to dismiss for failure to make payments, motions to determine value, objections to claims, sale of property or any other adversary proceeding or postconfirmation work. Further the Fee Agreement and the fee structure therein between the Dilworth Paxson LLP and the Debtor are specifically incorporated herein. The hourly rate is 350 for attorney, 115 for paralegal**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**November 7, 2019**                                        **/s/ Georgette Miller, Esq**
*Date*                                                       **Georgette Miller, Esq**
                                                             *Signature of Attorney*
                                                             **Law Offices of Georgette Miller and Associates, P.C.**
                                                             **335 Evesham Avenue**
                                                             **Lawnside, NJ 08045**
                                                             **856-323-1100   Fax: 856-546-5200**
                                                             **info@georgettemillerlaw.com**
                                                             *Name of law firm*