Samuel $4000

**Adversary 20-00245: $1487.50**

| Date | Description | Hours |
|---|---|---|
| 09/23/2020 | Prepare Adversary 20-00245 | 1 |
| 10/05/2020 | Email exchange Spivack re will reach out to PHH to see if contest/assign file to him; forwarded appraisal/adversary | .2 |
| 10/10/2020 | Email Spivack re. need update, otherwise, will need to file default; will follow-up w. his client | .1 |
| 10/15/2020 | Email Spivack: not assigned, but request to wait for default; his client doing BPO | .1 |
| 10/30/2020 | Email Spivack re will give until next week; court demanding entry default; will provide update | .1 |
| 11/05/2020 | Email Spivack: re not assigned, not his problem; adv will file on 11/12. | .1 |
| 11/12/2020 | Prepare Entry of Default | .1 |
| 11/23/2020 | Prepare Motion for Entry of Default | .8 |
| 12/15/2020 | Meet w. D; Prepare Affidavit; | .5 |
| 12/15/2020 | Attend hearing on M for Default (includes wait time) | 1.8 |
| 12/28/2020 | Email Godfrey re status on order? Check docket tomorrow | .1 |
| 01/08/2021 | T/C D re wants to stop by because received paperwork<br><br>Meet w. D: adv document was just order approving motion for default; (note D cannot read) | n/c |

|  | Total time: 3.6 hour @ $350 = $1260.00<br><br>1.3 hour wait time @ 175 - $227.50 | Total Time\|: 4.9 |
|---|---|---|

**First Motion to Modify Plan: $1225**

| 09/27/2022 | T/C D re read him the Motion to Dismiss for failure to make payments. Making incorrect payment. Will try to cure | .2 |
|---|---|---|
| 09/27/2022 | Adv Doris to still send letter with NDC & Motion, but note D cant read so will need to be called. No email. Text ok. | n/c |
| 11/02/2022 | T/C Huggins re Trustee payment status;<br><br>Check NDC w. D, explain where behind<br><br>T/C D re status of back payments | .1<br><br>.2 |
| 12/10/22 | T/C D – thinks payments missing; advised that need to use TFS and not money orders, b/c hard to trace if no receipt; adv that its all he knows how to use | n/c |
| 12/13/2022 | Confirm trustee matches D money orders plus trustee had money order D missing; again adv to use TFS; will file tax return early; adv Huggins; will continue b/c payment received | 1 |
| 01/10/2023 | Email Huggins, D may be able to cure w. tax refund; if not, will MTMP<br><br>T/C D waiting for W2 | .1<br><br>.1 |
| 2/1/23 | T/C Huggins – no status on refund; just filed taxes; will continue but need to file MTMP; short continuance<br><br>VM D – need appty to file MTMP<br><br>T/C D – adv wants appty; has paperwork wants me to review | .2 |
| 02/15/2023 | Prepare & File Motion to Modify Plan ; amend I/J; Plan; | 1.2 |

| | | |
|---|---|---|
| | Meet w. D = suggested he file loan mod b/c interest rate high; explained the Notice of Payment change. Says making payments<br><br>T/C Huggins re MTMP filed, will continue MTD | |
| 03/15/2023 | T/C Huggins re questions about plan; file AP; reviewed numbers w. Huggins re trustee commission changes<br><br>MTMP ok w. AP | .4 |
| | Total:  3.5 @ $350/hour = $1225.00 | 3.5 |

**2nd Motion to Modify Plan**  ** Counsel is reserving portions of her fees related to the Motion to Modify and all the fees related to the Motion for Accounting because of the sanctions motion against lender. A supplemental will be filed for those fees once the sanctions matter (if approved) is concluded. The amounts not payable as sanctions will be paid by debtor outside the bankruptcy plan and slips will be filed. The below time is included here, because debtor would have incurred these fees whether or not lender acted in bad faith. For example, debtor had to amend his plan even if he did not receive the loan modification.

| | | |
|---|---|---|
| 06/18/2024 | T/C D reminder that final payments are large lump sums; trustee will file motion to dismiss; claims tax return used for son's tuition; will work overtime to pay final lump sums | .3 |
| 07/07/2024 | TC D re wont have money for July; adv that he paid twice in June, so he is fine.<br><br>Check NDC | .2 |
| 09/04/2024 | T/C D struggling to make payments b/c mortgage payment increased; payments over 3k/month? Told to drop off paperwork | .1 |
| 10/05/2024 | T/C Huggins re received call from Debtor? status of final lump payments; will file MTD; adv received loan mod, so should wipe out arrears; request to keep updated | .3 |
| 10/05/2024 | T/C D re trustee cant answer questions about payments; needs to make final payments; will have $ in November | .1 |

| Date | Description | Hours |
|---|---|---|
| 11/18/2024 | T/C D re paid 6300. Told to send me proof. Had questions about loan modification/trustee payments; gave final amounts to pay; will amend plan; cheaper to pay directly to avoid trustee commission | .2 |
| 12/18/2024 | Prepare Motion to Modify Plan; Amended Plan; T/C D re discuss purpose of MTMP & need to pay lump sum to mortgage company; need to continue to make regular mortgage payment, not loan mod; | 1.1 |
| 12/18/2024 | T/C Huggins re continue MTD; explain issues of case | .3 |
| 01/14/2025 | T/C Huggins re math for AP; went through claims/commissions; file AP | .5 |
| 06/24/2025 | Review lender objection to MTMP; email Huggins/Dicks | .3 |
| 06/26/2025 | Email Dicks re objection need to be withdrawn, makes no sense  T/C Huggins – will email Dicks; agrees makes no sense | .1  .3 |
| 06/26/2025 | Attend hearing on MTMP; | .1 |
|  | Total 3.9 @350 = 1365.00 | 3.9 |