United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 19-16607-djb

Kareem Samuel     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2

Date Rcvd: Oct 09, 2025     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kareem Samuel, 314 Lagrange Avenue, Essington, PA 19029-1306 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2025 at the address(es) listed below:**

**Name**     **Email Address**

DENISE ELIZABETH CARLON
    on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the certificateholders of the CWABS, Inc., Et Al... bkgroup@kmllawgroup.com

GEORGETTE MILLER
    on behalf of Plaintiff Kareem Samuel bky@dilworthlaw.com miller.georgetter93726@notify.bestcase.com

JORDAN MATTHEW KATZ
    on behalf of Creditor THE BANK OF NEW YORK MELLON jkatz@raslg.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

MICHELLE LEE
    on behalf of Debtor Kareem Samuel bky@dilworthlaw.com

ROBERT BRIAN SHEARER

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 09, 2025 | Form ID: pdf900 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-18 rshearer@raslg.com |
| ROBERT BRIAN SHEARER | |
| | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-18 C/O Specialized Loan Servicing LLC rshearer@raslg.com |
| ROBERT BRIAN SHEARER | |
| | on behalf of Creditor THE BANK OF NEW YORK MELLON rshearer@raslg.com |
| SHERRI DICKS | |
| | on behalf of Creditor The Bank of New York Mellon sdicks@raslg.com  shrdlaw@outlook.com |
| SHERRI DICKS | |
| | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the certificate holders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-18 sdicks@raslg.com, shrdlaw@outlook.com |
| SHERRI DICKS | |
| | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-18 C/O Specialized Loan Servicing LLC sdicks@raslg.com, shrdlaw@outlook.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 12

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: :
: Chapter 13
Kareem Samuel :
: Case No. 19-16607
:
Debtor(s). :

## ORDER TO ALLOW COUNSEL FEES

**AND NOW**, upon consideration of the Supplemental Application for Compensation ("the Application") filed by the Debtor(s) counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response.

It is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $4,000.00 and $-0- in expenses.

3. The Chapter 13 trustee is authorized to distribute to the Applicant as an administrative expense pursuant to U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), which was paid by Debtor's prepetition, to the extent such distribution is authorized under the terms of the confirmed Chapter 13 plan.

**October 9, 2025**

Dated: _____    _____
                                    Bankruptcy Judge