**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:  Kareem Samuel** | : | **CHAPTER 13** |
| | : | |
| **DEBTOR(S),** | : | **CASE NO. 19-16607** |

**PRAECIPE TO WITHDRAW DOCUMENT**

To the Clerk,

    Kindly withdraw Debtor's Motion for Accounting Determination of Principal Balance, and Sanctions, filed 12/18/2024, docket number 106.

Dated:  October 15, 2025                          Respectfully Submitted,

                                                          /s/ Michelle Lee

                                                          Michelle Lee, Esq.
                                                          Dilworth Paxson LLP
                                                          1650 Market Street, Suite 1200
                                                          Philadelphia, PA 19103

{00362533;v1}