United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 19-16607-djb

Kareem Samuel  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2　　　　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　　　　Page 1 of 3

Date Rcvd: Jan 13, 2026　　　　　　　　　　　　　　Form ID: 206　　　　　　　　　　　　　　　Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol**　　**Definition**

\+ 　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++ 　　Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kareem Samuel, 314 Lagrange Avenue, Essington, PA 19029-1306 |
| 14409116 | + | Liberal Finance Servic, 1160 Parsippany Bl, Parsippany, NJ 07054-1811 |
| 14430318 | + | The Bank of New York Mellon, c/o Rebecca A. Solarz, Esq., 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: bnc@atlasacq.com | Jan 14 2026 00:21:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| cr | + | Email/Text: BKMailings@NBSDefaultServices.com | Jan 14 2026 00:21:00 | THE BANK OF NEW YORK MELLON, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| cr | + | Email/Text: BKMailings@NBSDefaultServices.com | Jan 14 2026 00:21:00 | The Bank of New York Mellon FKA The Bank of New Y, 14841 Dallas Parkway, Ste 350, Dallas, TX 75254-7685 |
| cr | + | Email/Text: BKMailings@NBSDefaultServices.com | Jan 14 2026 00:21:00 | The Bank of New York Mellon FKA The Bank of New Yo, Specialized Loan Servicing LLC, 14841 Dallas Parkway, Suite 350, Dallas, TX 75254, UNITED STATES 75254-7685 |
| cr | + | Email/Text: BKMailings@NBSDefaultServices.com | Jan 14 2026 00:21:00 | The Bank of New York Mellon fka the Bank of New Yo, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 14431012 | | Email/Text: bnc@atlasacq.com | Jan 14 2026 00:21:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14409114 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jan 14 2026 00:21:00 | Bankamerica, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14409115 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 14 2026 00:29:11 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14434434 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 14 2026 00:21:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14417645 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 14 2026 00:29:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14409117 | + | Email/Text: bankruptcynotification@montereyfinancial.com | Jan 14 2026 00:21:00 | Monterey Financial Svc, 4095 Avenida De La Plata, Oceanside, CA 92056-5802 |
| 14926503 | | Email/Text: mtgbk@shellpointmtg.com | Jan 14 2026 00:21:00 | NewRez LLC d/b/a Shellpoint Mortgage, Servicing, P.O. Box 10826, Greenville, South Carolina 29603-0826 |
| 14444828 | + | Email/Text: noticingcenter@lcsfin.com | Jan 14 2026 00:21:00 | PHH Mortgage Services, C/O LCS Financial Services Corporation, 6782 S Potomac St # 100, Centennial, CO 80112-8000 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 13, 2026 | Form ID: 206 | Total Noticed: 22 |

| | | | | |
|---|---|---|---|---|
| 14437532 | + Email/Text: JCAP_BNC_Notices@jcap.com | | Jan 14 2026 00:21:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14409118 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | | Jan 14 2026 00:21:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14913716 | + Email/Text: RASEBN@raslg.com | | Jan 14 2026 00:21:00 | The Bank of New York Mellon, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 14913874 | + Email/Text: RASEBN@raslg.com | | Jan 14 2026 00:21:00 | The Bank of New York Mellon, c/o ROBERT BRIAN SHEARER, Robertson, Anschutz, Schneid, Crane, & Partners, PLLC, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 14442687 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | | Jan 14 2026 00:21:00 | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14409119 | + Email/Text: bnc-bluestem@quantum3group.com | | Jan 14 2026 00:21:00 | Webbank/fingerhut Fres, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | *+ | THE BANK OF NEW YORK MELLON, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | *+ | The Bank of New York Mellon, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | *+ | The Bank of New York Mellon, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 14445089 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 15, 2026                     Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the certificateholders of the CWABS, Inc., Et Al... bkgroup@kmllawgroup.com |
| GEORGETTE MILLER | on behalf of Plaintiff Kareem Samuel bky@dilworthlaw.com miller.georgetter93726@notify.bestcase.com |

District/off: 0313-2　　　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　　　Page 3 of 3
Date Rcvd: Jan 13, 2026　　　　　　　　　　　　　Form ID: 206　　　　　　　　　　　　　　Total Noticed: 22

| | |
|---|---|
| JORDAN MATTHEW KATZ | on behalf of Creditor THE BANK OF NEW YORK MELLON jkatz@raslg.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHELLE LEE | on behalf of Debtor Kareem Samuel bky@dilworthlaw.com |
| ROBERT BRIAN SHEARER | on behalf of Creditor THE BANK OF NEW YORK MELLON rshearer@raslg.com |
| ROBERT BRIAN SHEARER | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-18 rshearer@raslg.com |
| ROBERT BRIAN SHEARER | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-18 C/O Specialized Loan Servicing LLC rshearer@raslg.com |
| SHERRI DICKS | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the certificate holders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-18 sdicks@raslg.com, shrdlaw@outlook.com |
| SHERRI DICKS | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-18 C/O Specialized Loan Servicing LLC sdicks@raslg.com, shrdlaw@outlook.com |
| SHERRI DICKS | on behalf of Creditor The Bank of New York Mellon sdicks@raslg.com shrdlaw@outlook.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Kareem Samuel                                                               Case No: 19−16607−djb

    Debtor(s)

_____

**NOTICE OF CHAPTER 13 CASE CLOSED**
**WITHOUT DISCHARGE**

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

☑  Debtor did not file certification of completion of instructional course concerning personal financial management.

☑  Debtor has not certified that all domestic support obligations due have been paid.

☐  Debtor has a prior discharge and is not eligible for a discharge in this case.

 

                                                                 For The Court

Dated: January 13, 2026                                                       Mohung Wong
                                                                  Clerk of Court